**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: December 27, 2018**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Felicia A. Cruse** | : | Case No.: 18-13093 |
| | : | **Chapter 7** |
| **Debtor(s).** | : | **Judge Jeffery P. Hopkins** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 18) ON FIRST MORTGAGE AS TO REAL PROPERTY LOCATED AT 2517 LOSANTIVILLE AVE, CINCINNATI, OH 45237

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor") filed as Docket Number 18.

Creditor has alleged that good cause exists for granting the Motion and that Felicia A. Cruse ("Debtor"), counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

18-032384_BEW1

1. The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is terminated with respect to the Creditor and its successors and assigns, as to the real property owned by Debtor and located at 2517 Losantiville Ave, Cincinnati, OH 45237.

2. Creditor may proceed with an action to reclaim and liquidate Debtor's real property located at 2517 Losantiville Ave, Cincinnati, OH 45237.

**SO ORDERED.**

**SUBMITTED BY**:

/s/Stephen R. Franks

Adam B. Hall (0088234)
Edward H. Cahill (0088985)
John R. Cummins (0036811)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

Copies to:
 Default list plus additional parties

　　Felicia A. Cruse, 2517 Losantiville Ave., Cincinnati, OH  45237
　　(notified by regular US Mail)

　　Felicia A. Cruse and Benjamin Franklin Price, 2517 Losantiville Ave, Cincinnati, OH  45237
　　(notified by regular US Mail)

　　Hamilton County Treasurer, County Administration Building , 138 East Court Street ,
　　Cincinnati , OH  45202
　　(notified by regular US Mail)