**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Felicia A. Cruse** | : | Case No.: 18-13093 |
| | : | **Chapter 7** |
| **Debtor(s).** | : | Judge Jeffery P. Hopkins |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## TRUSTEE ABANDONMENT

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and § 554 of the United States Bankruptcy Code, of the Trustee's abandonment of this property (the "Property"):

| | |
|---|---|
| Creditor: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Description of Property: | 2517 Losantiville Ave, Cincinnati, OH 45237.  Mortgage attached as Exhibit A. |
| Estimated Market Value: | $55,420.00 |
| Source of Valuation: | the Hamilton County Auditor's tax record, which is attached as Exhibit B |
| Total Amount of Liens: | $74,080.42, as of December 7, 2018 plus interest at 4%. |
| Additional Lienholders: | See Schedule D which is attached as Exhibit C |
| Claimed Exemptions: | $0.00 - ORC § 2329.66(A)(1)(b) |

You are notified that unless a written objection is filed no later than twenty-one (21) days from the date of service of this Trustee Abandonment, together with a request for hearing, and served on the trustee, the debtor, debtor's counsel and the party proposing abandonment, the property may be abandoned without further notice.

Dated:___12.31.18_____          Respectfully submitted,

                                                                           /s/ George Leicht
                                                                           George Leicht
                                                                           Chapter 7 Trustee
                                                                           PO Box 602
                                                                           Batavia, OH  45103-0602

18-032384_ACG1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Trustee Abandonment was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

  Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202

  George Leicht, PO Box 602, Batavia, OH  45103-0602, gleicht@eos.net

  Rebecca S Lindner, Attorney for Felicia A. Cruse, 4010 Executive Park Drive, Suite 110, Cincinnati, OH  45241, rebecca@lindnerlawoffice.com

 and by ordinary U.S. mail on January 16, 2019 addressed to:

  Felicia A. Cruse, 2517 Losantiville Ave., Cincinnati, OH  45237

  Felicia A. Cruse and Benjamin Franklin Price, 2517 Losantiville Ave, Cincinnati, OH  45237

  Hamilton County Treasurer, County Administration Building , 138 East Court Street , Cincinnati , OH  45202

                                        /s/ Adam B. Hall
                                        Adam B. Hall

18-032384_ACG1